## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:12-cv-01330-SLR |
| v. | ) |
| | ) |
| LANTRONIX, INC. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Lantronix, Inc. has not yet answered the Complaint. Accordingly, Telecomm Innovations, LLC voluntarily dismisses Lanronix, Inc. without prejudice pursuant to Rule 41(a)(1).

Dated: April 8, 2013

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
   stamoulis@swdelaw.com
Richard C. Weinblatt #5080
   weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Counsel for Plaintiff*
*Telecomm Innovations, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080